UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA,          :

      -v-                         :               26 Cr. 288 (SHS)

KWAKU DONYINA,                  :

                Defendant.    :             ORDER

                               :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

It is ORDERED that Defendant Kwaku Donyina is hereby remanded to the custody of the

United States Marshal.

Dated: July 2, 2026
       New York, New York

_____
               JOHN P. CRONAN
           United States District Judge