UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-cr-288 (SHS) |
| -v- | : | ORDER |
| KWAKU DONYINA AND SHAWN KING, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference in this matter on Tuesday, July 7, at 3:00 p.m. in Courtroom 23A.

Dated: New York, New York
July 6, 2026

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.