UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-cr-288 (SHS) |
| -v- | : | ORDER |
| KWAKU DONYINA, | : | |
| Defendants. | : | |

----------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference on Friday, October 30, 2026, at 10:00 a.m. in Courtroom 23A regarding defendant Kwaku Donyina's application for pretrial release [Doc. No. 45].

Dated: New York, New York
October 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.